IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MONTE E. JOHNSON                                                                                    PLAINTIFF

v.                                         Case No. 2:15-CV-02042

VALLEY BEHAVIORAL HEALTH SYSTEM, LLC,
and any commonly associated and/or related entities                                  DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 7) from United States Magistrate Judge Mark E. Ford. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that this action be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction, as Plaintiff has failed to establish either diversity of citizenship or the requisite amount in controversy for this Court to exercise jurisdiction in a diversity case, and no federal claim has been stated. Plaintiff's case is also dismissed on the alternative basis that Plaintiff failed to comply with an order of the Court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 1st day of July, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE